# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § § § | |
| *Plaintiff,* | § § § | **CIVIL ACTION NO. 6:16-cv-271 RWS-JDL** |
| v. | § § § | **LEAD CASE** |
| **BLU PRODUCTS,** | § § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § | |

| | | |
|---|---|---|
| **BLUE SPIKE, LLC,** | § § § | |
| *Plaintiff,* | § § § | **CIVIL ACTION NO. 6:16-cv-428 JDL** |
| v. | § § § | |
| **USA111, INC.,** | § § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), recognizing the Stipulation of Dismissal filed by plaintiff Blue Spike, LLC and defendant USA111, Inc. pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims asserted herein by Plaintiff Blue Spike, LLC against Defendant USA111, Inc. be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorney's fees, expenses and costs.

**SIGNED this 29th day of March, 2017.**

                                                ROBERT W. SCHROEDER III
                                                UNITED STATES DISTRICT JUDGE