**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **BLUE SPIKE, LLC** § | |
| § | |
| v. § | **CASE NO. 6:16cv428-JDL** |
| § | |
| **USA111, INC.** § | |

## FINAL JUDGMENT

Pursuant to the Stipulation of Dismissal, the Court hereby enters Final Judgment. Plaintiff Blue Spike, LLC filed suit against Defendants USA111, Inc. on September 2, 2016.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 29th day of March, 2017.**

_JOHN D. LOVE_
UNITED STATES MAGISTRATE JUDGE